## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | **Case No:** | **12-29083** |
| Richard Castello | ) | | |
| Debtor, | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
| | ) | **Judge:** | **Bruce W. Black** |

| | | | |
|---|---|---|---|
| **Richard Castello** | ) | | |
| | ) | | |
| Plaintiff, | ) | **Adv. No:** | **12 A** |
| | ) | | |
| **Vs** | ) | | |
| | ) | **Judge:** | **Bruce W. Black** |
| **RBS Citizens, N.A.** | ) | | |
| | ) | | |
| Defendant, | ) | | |

## ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN AND AVOID THE JUNIOR MORTGAGE OF RBS CITIZENS, N.A.

NOW COMES the Plaintiff, RICHARD CASTELLO, by and through his attorneys, Geraci Law LLC, and complains of the Defendant, RBS CITIZENS, N.A. and states as follows:

1. The Plaintiff, Richard Castello, is an individual residing at 2627 Wild Timothy Road, Naperville, IL, 60564.

2. RBS Citizens, N.A. is a lender and/or servicer of mortgages.

3. Richard Castello filed for relief under Chapter 13 of the United States Bankruptcy Code on 07/23/2012 in the Northern District of Illinois as Case Number 12-29083.

4. This Adversary Proceeding arises under §§ 502 and 506 of the United States Bankruptcy Code.

5. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157, and 1334 and this is a "core proceeding" under 28 U.S.C. 157.

6.   Richard Castello is the owner of real estate located at 2627 Wild Timothy Road,

Naperville, IL, 60564 ("the real estate"), and legally described as follows:

LOT# 513 IN HIGH MEADOW UNIT 11, A SUB OF PRT OF THE NW1/4 OF SEC

22, T37N-R9E.

Common Address:  2627 Wild Timothy Road, Naperville, IL, 60564

Parcel ID #: 07-01-22-119-016-0000

7.   The fair market value of the real estate is $340,687.00.  Attached as Exhibit "A" is a

copy of a valuation of the above real estate.

8.   A first mortgage lien is currently held by Citimortgage, Inc. in the amount of

$382,771.64.  See attached Exhibit "B" for the most recent statement issued.

9.   National City Bank granted the junior mortgage on 10/27/2006, recorded with the Will

County Recorder of Deeds on 11/14/2006 as docket number R2006190193.

10.  National City Bank assigned the junior mortgage to RBS CITIZENS, NA on 10/1/2009,

recorded with the Will County Recorder of Deeds on 10/7/2009 as docket number

R2009120779.

11.  No creditor in this case has yet filed a proof of claim for the junior mortgage, however,

Plaintiff seeks to determine the nature and extent of the junior mortgage lien of the

Defendant and to avoid the junior mortgage lien.

12.  Under 11 U.S.C §§ 506(a) and 506(d), Defendant's junior mortgage would be allowed a

secured claim to the extent of the value of the estate's interest in the property

securing the claim, and Defendant's lien is void to the extent it is not allowed a secured

claim.

13.  The amount owed on the first mortgage, $382,771.64, exceeds the value of the above real

estate, $340,687.00

14.  Due to the junior mortgage lien, which is held by Defendant, being wholly unsecured,

it should not be allowed as a secured claim, and the mortgage may be stripped off.  See

Holloway v. United States, No. 01-C-4052, 2001 WL 1249053 (N.D.Ill. Oct.16, 2001); In re

Waters, 276 B.R. 879 (N.D. Il 2002) In re Pond, 252 F.3d 122 (2nd Cir. 2001); In re

McDonald, 205 F.3d 606 (3rd Cir. 2000); In re Bartee, 212 F.3d 277 (5th Cir. 2000); In re

Lane, 280 F.3d 663 (6th Cir. 2002); In re Zimmer, 313 F.3d 1220 (9th Cir. 2002); In re

Tanner, 217 F.3d 1357 (11th Cir. 2000).

15. Although no proof of claim has been filed regarding the junior mortgage, there is no deadline

    to file a secured claim, and therefore, this complaint serves as an objection to whatever claim

    may be filed regarding the junior mortgage.

    WHEREFORE, Richard Castello prays that this Honorable Court enter a judgment against

RBS Citizens, N.A., and find that the alleged lien of RBS Citizens, N.A. is completely

unsecured and avoid the junior mortgage of RBS Citizens, N.A., which is recorded in the Will

County Recorder of Deeds Office as Document number R2009120779, and find that the junior

mortgage of RBS Citizens, N.A. is of no further legal effect and for such other relief as this

Court seems just.


***Briana M. Czajka***
Briana M. Czajka

Attorneys for the Plaintiff(s)
Geraci Law, LLC
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800
(Fax):  877.247.1960